# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ROZELL NUNN, JR. | ) | CASE NO: 21-58369 |
| | ) | |
| Debtor(s) | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEBTOR(S) FIRST AMENDMENT TO CHAPTER 7 BANKRUPTCY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW Rozell Nunn, Jr., Debtor(s), by and through counsel and makes this First Amendment to the Chapter 7 Schedules as follows:

1.

To amend the Voluntary Petition to correct the d/b/a, doing business as and to eliminate the EIN; please see Amended Voluntary Petition.

This 10th day of December 2021.

*/s/ Evan M. Altman*
Evan M. Altman
Georgia Bar No. 014066
Attorney for Debtor

Northridge 400; Building 2
8325 Dunwoody Place
Atlanta, Georgia 30350
(770) 394-6466

| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION | |
| Case number (if known): 1:21-bk-58369 | Chapter you are filing under:<br>■ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

■ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Rozell<br>First name<br><br>Middle name<br><br>Nunn, Jr.<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years<br><br>Include your married or maiden names. | | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | | |

Debtor 1   **Nunn, Rozell Jr.**                                                        Case number *(if known)*   **1:21-bk-58369**

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br>**DBA  R & R Enterprise**<br>Business name(s)<br><br>EIN | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| **5. Where you live** | **8341 Ridgemoor Dr**<br>**Riverdale, GA 30296-1287**<br>Number, Street, City, State & ZIP Code<br><br>**Clayton**<br>County<br><br>If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br><br>Number, Street, City, State & ZIP Code<br><br><br>County<br><br>If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing this district to file for bankruptcy** | Check one:<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>   Explain. (See 28 U.S.C. § 1408.) | Check one:<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>■ I have another reason.<br>   Explain. (See 28 U.S.C. § 1408.) |

Official Form 101                Voluntary Petition for Individuals Filing for Bankruptcy                page 2

Debtor 1  Nunn, Rozell Jr.                                    Case number (if known)  1:21-bk-58369

**Part 2:  Tell the Court About Your Bankruptcy Case**

7. **The chapter of the Bankruptcy Code you are choosing to file under**

   Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

   - ☒ Chapter 7
   - ☐ Chapter 11
   - ☐ Chapter 12
   - ☐ Chapter 13

8. **How you will pay the fee**

   - ☒ I will pay the entire fee when I file my petition. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
   - ☐ I need to pay the fee in installments. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
   - ☐ I request that my fee be waived (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

   - ☐ No.
   - ☒ Yes.

   | District | Northern District of Georgia Atlanta | When | 8/25/21 | Case number | 21-56341 |
   | District |  | When |  | Case number |  |
   | District |  | When |  | Case number |  |

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

    - ☒ No
    - ☐ Yes.

    | Debtor |  | Relationship to you |  |
    | District |  | When |  | Case number, if known |  |
    | Debtor |  | Relationship to you |  |
    | District |  | When |  | Case number, if known |  |

11. **Do you rent your residence?**

    - ☒ No.  Go to line 12.
    - ☐ Yes.  Has your landlord obtained an eviction judgment against you?
      - ☐ No. Go to line 12.
      - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 3

12/10/2021    12:03 PM    TO:16784051903    FROM:6784051903    Page: 5

Debtor 1  Nunn, Rozell Jr.                                    Case number (if known)  1:21-bk-58369

**Part 3:  Report About Any Businesses You Own as a Sole Proprietor**

12. Are you a sole proprietor of any full- or part-time business?

    ■ No.  Go to Part 4.

    ☐ Yes.  Name and location of business

    A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

    _____
    Name of business, if any

    If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

    _____
    Number, Street, City, State & ZIP Code

    Check the appropriate box to describe your business:

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ None of the above

13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?

    For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

    If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ No.   I am not filing under Chapter 11.

    ☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

    ☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

    ☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?

    ■ No.

    ☐ Yes.

    What is the hazard?   _____

    If immediate attention is needed, why is it needed?   _____

    For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

    Where is the property?   _____
    Number, Street, City, State & Zip Code

Debtor 1  **Nunn, Rozell Jr.**                         Case number *(if known)*  **1:21-bk-58369**

**Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| 15. Tell the court whether you have received a briefing about credit counseling. The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br>     ☐ **Incapacity.** <br>        I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br>     ☐ **Disability.** <br>        My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the Internet, even after I reasonably tried to do so. <br><br>     ☐ **Active duty.** <br>        I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br>     ☐ **Incapacity.** <br>        I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br>     ☐ **Disability.** <br>        My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the Internet, even after I reasonably tried to do so. <br><br>     ☐ **Active duty.** <br>        I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Nunn, Rozell Jr.**                   Case number *(if known)* **1:21-bk-58369**

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Rozell Nunn, Jr.
Rozell Nunn, Jr.                                   Signature of Debtor 2
Signature of Debtor 1

Executed on   **December 10, 2021**           Executed on   _____
MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1  **Nunn, Rozell Jr.**                                                    Case number *(if known)*  **1:21-bk-58369**

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Evan M. Altman, Esq**   Date  **December 10, 2021**
Signature of Attorney for Debtor         MM / DD / YYYY

**Evan M. Altman, Esq**
Printed name

**Evan M. Altman, Esq**
Firm name

**8325 Dunwoody Pl Bldg 2**
**Atlanta, GA 30350-3307**
Number, Street, City, State & ZIP Code

Contact phone  **(770) 394-6466**       Email address  **evan.altman@laslawgroup.com**

**014066**
Bar number & State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ROZELL NUNN, JR. | ) | CASE NO: 21-58369 |
| | ) | |
| Debtor(s) | ) | |

**VERIFICATION**

STATE OF GEORGIA

COUNTY OF FULTON

    Personally appeared before the undersigned officer duly authorized to administer oaths, the Deponent, who after being duly sworn, states that the facts contained in the foregoing document are true and correct to the best of deponent's personal knowledge and belief.

/s/ Rozell Nunn, Jr.
Rozell Nunn, Jr., Debtor

Sworn to and subscribed
before me this 10th day of December 2021.

/s/ Evan M. Altman
Notary Public

My Commission Expires:
October 27, 2024
/s/ Evan M. Altman

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served a true and correct copy of the foregoing Debtor's First Amended Chapter 7 Schedules, by depositing the same in the United States Mail with sufficient postage affixed thereon to ensure delivery to the following parties listed below:

>S. Gregory Hays
>Chapter 7 Trustee
>Hays Financial Consulting, LLC
>Suite 555
>2964 Peachtree Road
>Atlanta, GA  30305
>
>See Exhibit "A"

This 10th day of December 2021.

/s/ *Evan M. Altman*
Evan M. Altman
Georgia Bar No. 014066
Attorney for Debtor

Northridge 400; Building 2
8325 Dunwoody Place
Atlanta, Georgia 30350
(770) 394-6466

American Express
PO Box 981537
El Paso, TX  79998-1537


Automobile Acceptance
PO Box 961926
Riverdale, GA  30296-6914


Barclays Bank Delaware
PO Box 8803
Wilmington, DE  19899-8803


Capital One Bank USA
PO Box 31293
Salt Lake City, UT  84131-0293


CarMax Auto Finance
225 Chastain Meadows Ct NW
Kennesaw, GA  30144-5897


Celtic Bank/Contfinco
4450 New Linden Hill Rd
Wilmington, DE  19801


Clayton County EMS
7810 Highway 85
Riverdale, GA  30274-3920

Comenity Bank/Comenity
PO Box 182789
Columbus, OH  43218-2789

Comenity Bank/Kingsize
PO Box 182789
Columbus, OH  43218-2789

Credit First NA
PO Box 81315
Cleveland, OH  44181-0315

Credit One Bank NA
PO Box 98872
Las Vegas, NV  89193-8872

Donell Marecheau
DPI of Georgia, LLC
8946 Interline Ave Ste C
Baton Rouge, LA  70809-1913

Exxon Mobile/CBNA
PO Box 6497
Sioux Falls, SD  57117-6497

Farmers Home Furniture
2005 Veterans Blvd # 1
Dublin, GA  31021-7535

```
First Premier Bank
3820 N Louise Ave
Sioux Falls, SD  57107-0145


James Wilson
c/o Poole Hoffman
3562 Habersham At Northlake Bldg J
Tucker, GA  30084-4010


Merrick Bank Corp
1 Nationwide Plz
Columbus, OH  43215-2226


Shell/CBNA
PO Box 6497
Sioux Falls, SD  57117-6497


SYNCB/Amazon
PO Box 965015
Orlando, FL  32896-5015


SYNCB/BP
PO Box 965024
Orlando, FL  32896-5024


SYNCB/Chevron
PO Box 965015
Orlando, FL  32896-5015
```

SYNCB/Citgo
PO Box 965004
Orlando, FL  32896-5004

SYNCB/Lowes
PO Box 956005
Orlando, FL  32801

SYNCB/Phillips 66
PO Box 965004
Orlando, FL  32896-5004

SYNCB/PPC
PO Box 965005
Orlando, FL  32896-5005

SYNCB/Sams Club
PO Box 965005
Orlando, FL  32896-5005

TBOM/Milestone
PO Box 4499
Beaverton, OR  97076-4499

TDRCS/Yard Card
PO Box 100270
Columbia, SC  29202-3270

```
THD/CBNA
PO Box 6497
Sioux Falls, SD  57117-6497


Walmart Synchrony Bank
PO Box 530927
Atlanta, GA  30353-0927


Webbank/Fingerhut
13300 Pioneer Trl
Eden Prairie, MN  55347-4120


Wells Fargo Bank NA
MAC F8235-02F
PO Box 10438
Des Moines, IA  50306-0438


Wells Fargo Bank NA
PO Box 5058
Portland, OR  97208-5058


WF Card Service
PO Box 51193
Des Moines, IA  50301


Yard Card TD Finance
1313 N Market St
Wilmington, DE  19801-6101
```